■ In the Matter of Arbitration between MONROE COUNTY et al., Appellants, and MONROE COUNTY LAW ENFORCEMENT ASSOCIATION, Respondent. (Appeal No. 1.) [17 NYS3d 669]—Appeal from an order of the Supreme Court, Monroe County (W. Patrick Falvey, A.J.), dated March 31, 2014. The order, among other things, denied the petition to stay arbitration and granted the cross petition to compel arbitration.

It is hereby ordered that said appeal is unanimously

dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Valentino and Whalen, JJ.